MJJ

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

(PR)

FILED
JAN 2 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dear Sir or Madam:

Your complaint has been filed as civil case number  CV 08   00594 .

✓ A filing fee of $350.00 is now due. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's In Forma Pauperis Application in its entirety. If the application is granted, you will not have to prepay the fee, but it will be taken out of income to your prisoner account in installments.

Your complaint is deficient because you did not pay the filing fee and:

1. ✓   you did not file an In Forma Pauperis Application.

2. ____   the In Forma Pauperis Application you submitted is insufficient because:

   ____   You did not use the correct form. You must submit this court's current Prisoner's In Forma Pauperis Application.

   ____   Your In Forma Pauperis Application was not completed in its entirety.

   ____   You did not sign your In Forma Pauperis Application.

   ____   You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

   ____   You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

   ____   Other _____

Enclosed you will find this court's current Prisoner's In Forma Pauperis Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning: YOU MUST RESPOND TO THIS NOTICE. If you do not respond within THIRTY DAYS from the filing date stamped above, your action will be DISMISSED, the file closed and the entire filing fee will become due immediately. Filing a Prisoner's In Forma Pauperis Application will allow the court to determine whether installment payment of the filing fee should be allowed.**

Sincerely,
RICHARD W. WIEKING, Clerk,

By   SIMONE VOLTZ
Deputy Clerk

rev. 11/07   **RICHES**